

RECEIVED

AUG 1 2 2014

United States Court of Appeals
For The Federal Circuit

**United States Court of Appeals For the Federal Circuit**
771, Madison Place, N.W.
Washington, D.C.   20439

**RE:**     *Franciscan Vineyards v. Domaines Pinnacle, 14-1269*
            *(PATO No. 91178682)*

Dear Mr. O'Toole,

Thank you for your letter of May 28, 2014.

Although we strongly believe this appeal is an abuse of the process of the Court and is used only as a means to weaken us financially, we unfortunately cannot justify the hiring of an Attorney for this matter.  The facts in the original case speak from themselves, and we therefore put ourselves in the hands of the Court.

Thank you in advance for your understanding,

DOMAINES PINNACLE INC.

Per: Charles Crawford, President

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

May 23, 2014

To: Charles Crawford

Re:  14-1269 - Franciscan Vineyards, Inc. v. Domaines Pinnacle, Inc.

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- The attorney who signed the Entry of Appearance, Certificate of Interest and Docketing Statement is not admitted to the bar of this court. Fed Cir. R. 47.3, Practice Note 47.3
- Paper filings are not permitted if you are an attorney

If you have any questions or need assistance, please contact the Clerk's Office.


FOR THE COURT

/s/ Daniel O'Toole
Daniel O'Toole
Clerk of Court


cc: John Milton Rannells

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
### 717 MADISON PLACE, N.W.
### WASHINGTON, D.C.  20439

DANIEL E. O'TOOLE
CLERK

TELEPHONE: 275-8000
AREA CODE  202

May 28, 2014

Mr. Charles Crawford
Domaines Pinnacle, Inc.
150 Chemin Richford Rd.
Frelighsburg, Quebec, JOJ 1 CO
Canada

RE:    **Franciscan Vineyards v. Domaines Pinnacle,** 14-1269
        (PATO No. 91178682)

Dear Mr. Crawford:

I am writing in regard to the appeal listed above, which was docketed on January 29, 2014 in the Federal Circuit.  A copy of this court's Rules of Practice can be downloaded at www.cafc.uscurts.gov.

In this court, except for individuals, each party must appear through an attorney properly admitted to practice before the Federal Circuit (see 28 U.S.C. Section 1654 and Federal Circuit Rule 47.3)  Therefore, the company Domaines Pinnacle, Inc. must be represented by an attorney. Counsel must enter an appearance for the company within 14 days.

Very truly yours,

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: John Milton Rannells